AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Big Cat Rescue Corp., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:12-cv-02381-JSM-MAP |
| Big Cat Rescue Entertainment Group, Inc., et al. | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __02/11/2013__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 3-15-13

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*